1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

# EXHIBIT "A"

# CHARTER

# CITY OF VICTORVILLE

## PREAMBLE

We the people of the City of Victorville declare our intent to restore our community to the historic principles of self governance inherent in the doctrine of home-rule. Sincerely committed to the belief that local government has the closest affinity to the people governed, and firm in the conviction that the economic and fiscal independence of our local government will promote the health, safety and welfare of all the citizens of this City, we do hereby exercise the express right granted by the Constitution of the State of California to enact and adopt this Charter for the City of Victorville.

## ARTICLE I.  MUNICIPAL AFFAIRS

**Section 100.  Municipal Affairs.**  The City shall have full power and authority to adopt, make, exercise and enforce all legislation, laws, and regulations and to take all actions relating to municipal affairs, without limitation, which may be lawfully adopted, made, exercised, taken or enforced under the Constitution of the State of California.  Without limiting in any manner the foregoing power and authority, each of the powers, rights, and responsibilities described in this Charter is hereby declared to be a municipal affair, the performance of which is unique to the benefit and welfare of the citizens of the City of Victorville.

## ARTICLE II.  FORM OF GOVERNMENT

**Section 200.  Council-Manager Form of Government.**  The municipal government established by this Charter shall be the "Council-Manager" form of government, under which the City Council sets policy and the City Manager administers the government.

## ARTICLE III.  METHOD OF ELECTION

**Section 300.  Structure of Election of Council Members.**  The City shall elect council members "at large" without regard to where in the City they reside and without regard to their geographic district.

**Section 301.** **Prohibition on "Districting."** The City shall not permit elections of council members either "by" districts or "from" districts.

## ARTICLE IV.   CONTRACTS, PUBLIC FINANCING, FRANCHISES, AND REVENUE

**Section 400.** **Public Works Contracts.** The City shall have the power to establish standards, procedures, rules or regulations to regulate all aspects of the bidding, award and performance of any public works contract, including, but not limited to, the compensation rates to be paid for the performance of such work.

**Section 401.** **Public Financing.** The City shall have the power to establish standards, procedures, rules or regulations related to any public financing.

**Section 402.** **Utility Franchises.** The City shall have the power to adopt any ordinance providing for the acquisition, development, or operation by the City of any utility, or any ordinance providing for the granting of a franchise to any utility not owned by the City which proposes to use or is using City streets, highways or other rights-of-way.

**Section 403.** **Enterprises**. The City shall have the power to lawfully engage in any enterprise deemed necessary to provide revenues for the general fund or any other fund established by the City Council.

## ARTICLE V.   REVENUE RETENTION

**Section 500.** **Reductions Prohibited.** Any revenues raised and collected by the City shall not be subject to subtraction, retention, attachment, withdrawal or any other form of involuntary reduction by any other level of government.

**Section 501.** **Mandates Limited.** No person, whether elected or appointed, acting on behalf of the City, shall be required to perform any function which is mandated by any other level of government, unless and until funds sufficient for the performance of such function are provided by said mandating authority.

## ARTICLE VI.          GENERAL LAWS

**Section 600.          General Law Powers.**  In addition to the power and authority granted by the terms of this Charter and the Constitution of the State of California, the City shall have the power and authority to adopt, make, exercise and enforce all legislation, laws and regulations and to take all actions and to exercise any and all rights, powers, and privileges heretofore or hereafter established, granted or prescribed by any law of the State of California or by any other lawful authority. In the event of any conflict between the provisions of this Charter and the provisions of the general laws of the State of California, the provisions of this Charter shall control.

## ARTICLE VII.          INTERPRETATION

**Section 700.          Construction and Interpretation.**  The language contained in this Charter is intended to be permissive rather than conclusive or limiting and shall be liberally and broadly construed in favor of the exercise by the City of its power to govern with respect to any matter which is a municipal affair.

**Section 701.          Severability.**  If any provision of this Charter should be held by a court of competent jurisdiction to be invalid, void or otherwise unenforceable, the remaining provisions shall remain enforceable to the fullest extent permitted by law.

Dated: _July 16_, 2008          _Terry E. Caldwell_
                                          Terry E. Caldwell
                                          Mayor

ATTESTED TO AND CERTIFIED:

_Carolee Bates_
Carolee Bates
City Clerk

VVCA\0001\DOC\186
2\27\08

1

# EXHIBIT B

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

351 N. Mountain View Ave. #303, San Bernardino, CA 92415 | Phone: 909.387.6218 | Fax: 909.387.6228

www.SBcounty.gov

**SAN BERNARDINO COUNTY**

**Public Health**
Administration

**Corwin Porter**
Director

**Joshua Dugas**
Interim Assistant Director

October 15, 2020

*GEORGE DURAN*
*SUPERVISOR OF VV, CODE ENFORCEMENT*
*SERVED BLANCA AT PARK, COMMUNITY*
*CENTER "HOOK COMMUNITY PARK/CENTER"*
*SHE CAN NOT HAVE EVENT, 3 TRACKS*
*WITH CITY/ENFORCEMENT OFFICERS*

**Erin Gustafson, M.D., MPH**
Interim Health Officer

Event Organizer/ Attendees
Hook Park
14973 Joshua St
Victorville Ca 92392

Dear Business Owner/Operator:

Governor Gavin Newsom, along with the California State Public Health Officer and the Director of the California Department of Public Health, have placed into effect a number of health orders and guidance that relate to business operations in the State of California during the COVID-19 pandemic crisis.

- March 19, 2020 – Executive Order for all individuals living in the State of California to stay home or at their place of residence, except as needed to continue the operation of essential services as defined by the United States Department of Homeland Security
- May 4, 2020 - Executive Order allowing the gradual reopening of certain businesses under new modifications and guidance provided by the State Public Health Order
- May 8, 2020, the Governor outlined a process where counties who met specific criteria could move more quickly through Stage 2 modifying the Stay-at-Home order, including certain businesses deemed higher risk

**Your event is out of compliance with the above referenced order(s).** It is important that you ensure you are complying with State and local orders. The violation of a Health Officer Order is a crime punishable by up to a $1,000 fine or imprisonment up to 90 days, or both. Additionally, the State has enacted various enforcement arms that have the ability to rescind licenses or permits held by business who violate these orders.

The current data reflects that community spread of infection is of increasing concern across the state and particularly in specific counties, including San Bernardino County. The State's Pandemic Resilience Roadmap classifies bars, pubs, breweries, brewpubs, dine-in restaurants, wineries and tasting rooms, family entertainment centers, zoos, museums and cardrooms as businesses with a high risk of transmission. Public health studies show that the risk of transmission is exacerbated in indoor spaces, particularly when lacking appropriate ventilation. Businesses where groups convene and may mix with others for a prolonged period of time, increases the risk of escalating the transmission rate of COVID-19.

By order of the State Public Health Officer and Director of the California Department of Public Health, the following businesses and/or services must close immediately or modify service to the current guidelines:

BOARD OF SUPERVISORS

ROBERT A. LOVINGOOD      JANICE RUTHERFORD      DAWN ROWE      CURT HAGMAN      JOSIE GONZALES      Gary McBride
First District                    Second District                Third District          Chairman, Fourth District   Vice Chair, Fifth District

- Bars, pubs, brewpubs, and breweries must close unless they are offering sit-down, outdoor dine-in meals. Alcohol can only be sold in the same transaction as a meal Dine-in restaurants must close indoor seating but may continue to utilize outdoor seating and must comply with the guidance for dine-in restaurants. Takeout and delivery service are encouraged
- Wineries and tasting rooms must close indoor services to customers and comply with the guidance for restaurants, wineries, and bars
- Family entertainment centers and movie theaters must close indoor services and attractions. Outdoor services must comply with the guidance for movie theaters and family entertainment centers
- Drive-in movie theaters may continue to operate and must comply with the Drive-In Movie Theater guidance
- Zoos and museums must close indoor services, but may continue to operate outdoor attractions and must comply with the guidance for zoos and museums
- Cardrooms must close indoor services and must comply with the guidance for cardrooms
- Professional sports may operate without live audiences
- Public events and gatherings, in-person graduation ceremonies, in-person firework shows
- Indoor playgrounds such as bounce centers, ball pits and laser tag
- Entertainment venues, Live theater, Concert venues, Festivals, Theme parks, Nightclubs
- Saunas and steam rooms
- Youth Sports must follow the Interim Guidance on Youth Sports
- Gyms and fitness centers including yoga and dance studios (outdoor operations allowed)
- Places of worship (outdoor only)
- Non-essential offices: remote work only
- Tattoo facilities
- Personal care services (esthetic, skin care, cosmetology, nail services and massage therapy) must comply with the outdoor personal care services guidance
- Hair salons and barber shops must comply with the COVID-19 Industry Guidance: Hair Salons and Barbershops
- Indoor malls open indoors at 25% capacity and food courts closed
- Indoor Protest
- Picnic Areas, Playgrounds

These closures shall remain in effect in San Bernardino County until directed by the State Public Health Officer and Director.

Learn more about COVID-19 at the County's website at sbcovid19.com or call the COVID-19 hotline at 909-387-3911 from 9 a.m. to 5 p.m. The State's COVID website can also be found at covid19.ca.gov.

Learn more about becoming a COVID Compliant Business Partner at http://sbcovid19.com/covid-compliant-business-partnership-program/.

Thank you for your understanding and cooperation.

1

2                                **EXHIBIT C**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOMEZ FEDERAL  COMPLAINT 12-20-2020

# 2015 Bylaws for the
# League of California Cities

## Table of Contents

Article I:  General ............................................................................................... 1

  Section 1:  Corporation Name. ........................................................................ 1

  Section 2:  Offices. ......................................................................................... 1

  Section 3:  Compliance with Governing Laws. ............................................... 1

Article II:  Purpose and Objectives .................................................................... 1

  Section 1:  General. ....................................................................................... 1

  Section 2:  Objectives. ................................................................................... 1

Article III:  Membership ..................................................................................... 2

  Section 1:  Qualification. ................................................................................ 2

  Section 2:  Termination. ................................................................................. 2

  Section 3:  Honorary Members. ..................................................................... 3

  Section 4:  Non-Liability. ................................................................................ 3

Article IV:  Dues ................................................................................................ 3

  Section 1:  Establishment ............................................................................... 3

  Section 2:  Increase in Dues. ......................................................................... 3

  Section 3:  Delinquency. ................................................................................ 4

Article V:  Membership Meetings ....................................................................... 4

  Section 1:  Annual Conference. ...................................................................... 4

  Section 2:  Special Meetings. ......................................................................... 4

  Section 3:  City Delegates as General Assembly. .......................................... 4

  Section 4:  Notice of Meetings. ...................................................................... 5

  Section 5:  Parliamentarian. ........................................................................... 5

  Section 6:  Credentials. .................................................................................. 5

Article VI:  Resolutions ...................................................................................... 5

  Section 1:  Role and Scope of Resolutions. ................................................... 5

  Section 2:  Origination. ................................................................................... 6

  Section 3:  Resolutions Committee for Annual Conference Resolutions. ....... 6

  Section 4:  Procedure for Resolution Review for the Annual Conference. ..... 7

  Section 5:  Resolutions Proposed by Petition for the Annual Conference. ..... 7

  Section 6:  Special Meeting Resolution Procedures. ..................................... 8

i

Section 7:  Full Debate...................................................................................... 9

Article VII:  Board of Directors ........................................................................ 9

Section 1:  Role and Powers; Board Diversity Policy. ...................................... 9

Section 2:  Composition. ................................................................................... 9

Section 3:  Staggered Terms. .......................................................................... 10

Section 4:  Election of Directors. ..................................................................... 11

Section 5:  Nomination Process. ...................................................................... 11

Section 6:  Vacancies. ..................................................................................... 13

Section 7:  Resignation. ................................................................................... 13

Section 8.  Meetings and Meeting Notice. ....................................................... 14

Section 9.  Policies. .......................................................................................... 14

Section 10.  Committees. .................................................................................. 14

Section 11:  Compensation. .............................................................................. 15

Section 12:  Reports of Directors. .................................................................... 16

Section 13:  Standard of Care. ......................................................................... 16

Section 14:  Right to Inspect Records. ............................................................. 17

Section 15:  Policy Changes. ............................................................................ 17

Section 16:  Positions on Statewide Ballot Measures. ..................................... 17

Article VIII:  Officers......................................................................................... 17

Section 1:  Identity. ........................................................................................... 17

Section 2:  Duties of League Officers. .............................................................. 17

Section 3:  Election. .......................................................................................... 18

Section 4:  Vacancies. ...................................................................................... 18

Section 5:  Executive Director and League Employees. ................................... 18

Article IX:  Regional Divisions ......................................................................... 19

Section 1:  Listing. ............................................................................................ 19

Section 2:  Purposes and Functions. ................................................................ 20

Section 3:  Names of Divisions. ........................................................................ 20

Section 4:  Boundaries. ..................................................................................... 20

Section 5:  Membership. .................................................................................... 20

Section 6:  Voting. ............................................................................................. 20

Section 7:  Officers............................................................................................ 21

Section 8:  Resignation. .................................................................................... 22

Section 9:  Regional Division Bylaws. .............................................................. 22

Article X:  Functional Departments ........................................................ 22
  Section 1: Listing ................................................................................ 22
  Section 2:  Officers ............................................................................. 23
  Section 3:  Voting ............................................................................... 24
  Section 4.  Department Meetings ...................................................... 24
  Section 5:  Department Bylaws ......................................................... 24
Article XI:  Voting .................................................................................. 24
  Section 1:  Quorum ............................................................................ 24
  Section 2.  Voting Methods ............................................................... 25
  Section 3:  Vote Threshold ............................................................... 25
  Section 4:  One City One Vote .......................................................... 25
  Section 5:  Mail Balloting .................................................................. 25
Article XII:  Qualifications to Hold Office and Vacancies ...................... 26
  Section 1:  Eligibility to Hold Office .................................................. 26
  Section 2:  Vacancies ........................................................................ 26
Article XIII:  Finances ........................................................................... 27
  Section 1:  Fiscal Year ...................................................................... 27
  Section 2:  Budget ............................................................................. 27
  Section 3:  Limitation of Expenditures .............................................. 27
  Section 4:  Annual Audit .................................................................... 27
  Section 5:  Special Assessment for League Building ........................ 28
Article XIV:  Prohibited Transactions .................................................... 28
  Section 1:  Conflicts of Interest ........................................................ 28
  Section 2:  Loans .............................................................................. 28
  Section 3:  Self-Dealing and Common Directorship Transactions ..... 28
  Section 4:  Ethical Considerations .................................................... 29
Article XV:  Miscellaneous .................................................................... 29
  Section 1:  Indemnification ................................................................ 30
  Section 2:  Insurance ........................................................................ 30
  Section 3:  Contracts and Execution of Instruments ........................ 31
  Section 4:  Disposition of Assets Upon Dissolution .......................... 31
  Section 5:  Parliamentary Authority .................................................. 31
  Section 6:  Seal ................................................................................. 31
  Section 7:  Governing Law ................................................................ 31

Section 8:  Litigation Authority..................................................................................... 32

Article XVI:  Amendments ............................................................................................ 32

Section 1:  Consideration............................................................................................. 32

Section 2:  Vote Threshold........................................................................................... 32

Section 3:  Who May Propose...................................................................................... 32

Section 4:  Board Review............................................................................................. 32

Section 5:  Procedure for Consideration by General Assembly. ................................. 32

Section 6:  Effective Date............................................................................................. 32

Section 7:  Protest and Suspension until Next Conference......................................... 33

Article XVII:  Establishment and Financing of Grassroots Network ............................. 33

Section 1:  Enhancement of Advocacy Efforts. .......................................................... 33

Section 2:  Dues Increase............................................................................................ 33

Section 3:  Accountability............................................................................................. 33

**League of California Cities Bylaws**
(effective December 1, 2015)

# Bylaws for the
# League of California Cities[1]
## (effective December 1, 2015)

## Article I:  General

### Section 1:  Corporation Name.

This corporation is the League of California Cities (the League).

### Section 2:  Offices.

The principal office of this corporation shall be located in Sacramento, California.  The League Board of Directors (League Board) may establish such other League offices as it deems necessary to the effective conduct of League programs.

### Section 3:  Compliance with Governing Laws.

In all matters not specified in these bylaws, or in the event these bylaws to not comply with applicable law, the California Nonprofit Corporation Law applies.

## Article II:  Purpose and Objectives

### Section 1:  General.

The League's purpose is to strengthen and protect local control for cities through education and advocacy to enhance the quality of life for all Californians.

### Section 2:  Objectives.

The League's objectives are the following:

(a) Advocate legislation that results in benefits to Member Cities,

(b) Communicate to Member Cities and the public on issues related to the general welfare of citizens in California cities,

(c) Pursue strong intergovernmental relationships to promote the well being of California cities,

---

[1] Note:  All footnotes are for reference and explanation only and are not part of the bylaws text.

**League of California Cities Bylaws**
(effective December 1, 2015)

(d) Organize educational opportunities, such as conferences of city officials,

(e) Stimulate greater public interest and more active civic consciousness as to the importance of cities in California's system of government,

(f) Collect and disseminate information of interest to Member Cities, and

(g) Engage the membership in a continuing analysis of the needs of member cities.

## Article III:  Membership

**Section 1:  Qualification.**

(a) **Cities.**  Any city, or city and county, in California may, by the payment of annual dues prescribed in Article IV, become a Member City and as such is entitled to League services and privileges.

(b) **Elected and Appointed Officials.**  All elected and appointed officials in Member Cities are members of the League.

**Section 2:  Termination.**

(a) **Grounds for Termination.**  Membership is suspended or terminated whenever any of the following occurs:

    (i)   The Member City resigns by giving written notice to the League;

    (ii)   The Member City does not pay dues, fees or assessments in the amounts and terms set by the League Board; or

    (iii)   An event occurs that makes the Member City ineligible for membership.

(b) **Procedures for Termination.**  The League shall give 15 days notice of any suspension or termination of membership and the reasons for such action, along with the opportunity to respond orally or in writing not less than five days before the effective date of the action.[2]

---

[2] *See* Cal. Corp. Code § 7341(c) (requiring termination procedures be included in bylaws and specifying what constitutes a fair and reasonable procedure).

**League of California Cities Bylaws**
(effective December 1, 2015)

**Section 3:  Honorary Members.**

Any person who has given conspicuous service for the improvement of city government may, by the vote of the League Board, be granted an honorary membership in the League.  All ex-presidents of the League are Honorary Members.  Honorary Members as such do not have a voice or vote in any of the meetings of the League and do not have membership status in the League for purposes of state and federal laws.

**Section 4:  Non-Liability.**

No Member City is liable for the debts or obligations of the League.

# Article IV:  Dues

**Section 1:  Establishment.**

The League Board establishes the League's dues annually according to city population.  The population of each city is the most current population as determined by the California Department of Finance, Demographic Research Unit, or its successor agency or unit.  If no successor agency or unit is named, the most current population used to determine dues shall be used to determine future dues until such time as these bylaws are amended to designate a new source for determining city population.

**Section 2:  Increase in Dues.**

    **(a) Board Vote Requirement.**  Any increase in dues must be approved by the League Board by a two-thirds vote.  The League Board's approval shall be accompanied by an explanation of the need for the increase, including but not limited to:

        (i)   Increases in the League's costs related to general increases in the consumer price index or other factors; and/or

        (ii)  The expansion of existing programs or initiation of new programs.

    **(b) Member City Ratification Requirement.**  Any dues increase that exceeds either the "consumer price index" for the preceding twelve months or five percent (whichever is greater) requires Member City ratification.  In no event, however, shall the League Board approve a dues increase in excess of ten percent without Member City ratification.

        (i)   **"Consumer Price Index" Defined.**  For purposes of this section, the consumer price index is the California consumer price index for all urban consumers calculated by the California Department of Industrial Relations or its state or federal successor.

3

    **(ii) Approval Threshold.** Member City ratification requires a majority of Member Cities casting votes.

    **(iii) Mechanism for Seeking Approval.** The ratification may occur at the League's General Assembly (see Article V) or by using the mail balloting procedure (see Article XI, section 5).

**(c) Dues Cap.** In no event will a Member City's dues increase by more than $5,000 per year.

**Section 3: Delinquency.**

Any Member City of the League who is delinquent in dues, fees or assessments may be suspended or have that member's membership terminated as provided in Article III, section 2.

# Article V: Membership Meetings

**Section 1: Annual Conference.**

**(a) Time and Place.** The League's regular Annual Conference is held at the time and place as the League Board determines. In case of any unusual conditions or extraordinary emergency, the League Board may, at its discretion, change the time or place of the meeting.

**(b) Conference Program Planning.** The League Board shall establish an Annual Conference program planning process that provides for input from representative segments of the League's membership.

**Section 2: Special Meetings.**

Special meetings of the League may be called by the League Board and shall be called by the League Board upon the written request of five percent or more of the Member Cities.[3] Any written request by Member Cities shall describe the general nature of the business to be transacted and the text of any proposed resolution(s).

**Section 3: City Delegates as General Assembly.**

**(a) Designation.** Each Member City may, with the approval of the city council, designate a city official as the city's designated voting delegate and, in the event that the designated voting delegate is unable to serve in that capacity, up to two alternate voting delegates.

---

[3] *See* Cal. Corp. Code § 7510 ("special meetings of members for any lawful purpose may be called by 5 percent or more of the members").

4

**League of California Cities Bylaws**
(effective December 1, 2015)

    **(b) Membership Decision-making Body.** Designating voting delegates (or their alternates) constitute the League's General Assembly.

    **(c) Registration for Annual Conference.** For General Assemblies held in conjunction with the Annual Conference, designated voting delegates must register to attend the Annual Conference.

## Section 4:  Notice of Meetings.

    **(a) General.** Notice shall be given to all Member Cities of the time and place of all regular and special meetings by faxing or mailing a written notice at least fifteen days prior to each meeting, or by publishing a notice of the meeting at least two weeks prior to the meeting in an official publication of the League; provided, however, that failure to receive such notice does not invalidate any proceedings at such meeting.

    **(b) Special Notice Requirements for Special Meetings.** Any notice of the calling of a special meeting shall specify the purpose of the special meeting in such detail to enable Member Cities to determine whether they should attend. In the event a special meeting is requested by five percent or more of the Member Cities, the notice shall also set for the text of any proposed resolution(s).

## Section 5:  Parliamentarian.

The League President shall appoint a Parliamentarian to resolve procedural issues at the League's General Assembly and in Resolutions Committee meetings.

## Section 6:  Credentials.

Designated voting delegates must register with the Credentials Committee. The League President shall appoint a three-person Credentials Committee no later than the first day of the General Assembly. In case of dispute, this committee determines the right of a member to participate.

# Article VI:  Resolutions

## Section 1:  Role and Scope of Resolutions.

Resolutions adopted by the League's General Assembly and such League Board policies as are not inconsistent with such resolutions constitute League policy. All resolutions shall be germane to city issues.

**League of California Cities Bylaws**
(effective December 1, 2015)

## Section 2:  Origination.

Resolutions may originate from city officials, city councils, regional divisions, functional departments, policy committees, or the League Board or by being included in a petition signed by designated voting delegates of ten percent of the number of Member Cities. Except for petitioned resolutions, all other resolutions must be submitted to the League with documentation that at least five or more cities, or city officials from at least five or more cities, have concurred in the resolution.

## Section 3:  Resolutions Committee for Annual Conference Resolutions.

(a) **Resolutions Committee Composition.**  The League President establishes a Resolutions Committee sixty days prior to each Annual Conference, which committee shall consist of:

(i)   One elected official from each regional division, appointed by the regional division;

(ii)   One elected official from each policy committee, appointed by the policy committee;

(iii)   One member from each functional department, appointed by the department; and

(iv)   Up to ten additional members (at least five of whom are elected officials) as the League President deems necessary to achieve geographic and population balance, as well as recognize the multiplicity of city functions not represented by the other appointments, including, but not limited to, the perspectives of board and commission members as well as professional staff.

(b) **Presidential Appointments.**  In the event a regional division, policy committee or functional department does not make its appointment to the Resolutions Committee, the League President may make the appointment on the regional division's, policy committee's or functional department's behalf.

(c) **Chair.**  The League President shall also appoint to the Resolutions Committee a committee chair and vice chair.

(d) **Minimum Committee Size and Composition.**  In the event the full committee is not in attendance at the Annual Conference, the League President shall appoint a sufficient number of city officials in attendance to achieve a total of thirty.  No less than two-thirds of the members of the Resolutions Committee shall be elected officials.

League of California Cities Bylaws
(effective December 1, 2015)

**(e) Committee Consideration of Proposed Resolutions.** Except for resolutions of courtesy, commendation, appreciation or condolence, no resolution expressing the opinion or policy of the League on any question may be considered or discussed by the League's General Assembly, unless it has been first submitted to, and reported on, by the Resolutions Committee.

## Section 4: Procedure for Resolution Review for the Annual Conference.

**(a) Timing.** Except for petitioned resolutions, all resolutions shall be submitted to the Resolutions Committee, at the League's headquarters, not later than sixty days prior to the opening session of the League's Annual Conference.

**(b) Referral to Policy Committees.**

    **(i) Review and Recommendations.** Except for resolutions of courtesy, commendation, appreciation or condolence, all resolutions submitted to the Resolutions Committee shall be referred by the League President to an appropriate policy committee for review and recommendation prior to the opening general session of the Annual Conference.

    **(ii) Report to Resolutions Committee.** Policy committees shall report their recommendations on such resolutions to the Resolutions Committee. The inability of a policy committee to make a recommendation on any resolution does not preclude the Resolutions Committee from acting upon it.

## Section 5: Resolutions Proposed by Petition for the Annual Conference.

**(a) Presentation by Voting Delegate.** A designated voting delegate of a city may present by petition a resolution to the League President for consideration by the Resolutions Committee and the General Assembly at the Annual Conference. These resolutions are known as "petitioned resolutions."

**(b) Contents.** The petition shall contain the specific language of the resolution and a statement requesting consideration by the League's General Assembly.

**(c) Signature Requirements.** The petition shall be signed by designated voting delegates registered with the Credentials Committee who represent ten percent of the number of Member Cities.

**(d) Time Limit for Presentation.** The signed petition shall be presented to the League President no late than twenty-four hours prior to the time set for convening the League's General Assembly.

**League of California Cities Bylaws**
(effective December 1, 2015)

(e) **Parliamentarian Review.** If the League President finds that the petition has been signed by designated voting delegates of ten percent of the number of Member Cities, the petition shall be reviewed by the Parliamentarian for form and substance. The Parliamentarian's report shall then be presented to the chair of the Resolutions Committee. Among the issues that may be addressed by the Parliamentarian's report is whether the resolution should be disqualified as being either:

    (i)   Non-germane to city issues; or

    (ii)  Identical or substantially similar in substance to a resolution already under consideration.

(f) **Disqualification.** The Resolutions Committee may disqualify a petitioned resolution as either being:

    (i)   Non-germane to city issues; or

    (ii)  Identical or substantially similar in substance to a resolution already under consideration.

(g) **Consideration by General Assembly.** The petitioned resolution and the action of the Resolutions Committee will be considered by the League's General Assembly following consideration of other resolutions.

(h) **Availability of List of Voting Delegates.** A list of voting delegates shall be made available during the Annual Conference to any designated voting delegate upon request.

**Section 6: Special Meeting Resolution Procedures.**

(a) **Germane-ness.** All resolutions must be germane to the meeting purpose specified in the special meeting notice.

(b) **Opportunity for Member Review.** All resolutions to be proposed during the General Assembly shall be available for membership review by electronic (for example, by posting on the League's website) or other means at least 24 hours prior to the beginning of the special meeting.

(c) **Parliamentarian Review.** The Parliamentarian shall review all proposed resolutions for form and substance. The Parliamentarian's report shall be presented to the General Assembly.

**League of California Cities Bylaws**
(effective December 1, 2015)

### Section 7: Full Debate.

The opportunity for full and free debate on each resolution brought before the General Assembly shall occur prior to consideration of a resolution.

## Article VII: Board of Directors

### Section 1: Role and Powers; Board Diversity Policy.

(a) Subject to the provisions and limitations of California Nonprofit Corporation Law, any other applicable laws, and the provisions of these bylaws, the League's activities and affairs are exercised by or under the direction of the League's Board of Directors. The League Board is responsible for the overall supervision, control and direction of the League. The League Board may delegate the management of the League's affairs to any person or group, including a committee, provided the League Board retains ultimate responsibility for the actions of such person or group.

(b) The goal of the League is to ensure that the Board of Directors reflects the diverse ethnic and social fabric of California. As such, each Division, Department, Caucus, and Policy Committee should encourage and support members of every race, ethnicity, gender, age, sexual orientation and heritage to seek leadership positions within the League, with the ultimate goal of achieving membership on the Board of Directors.

### Section 2: Composition.

The League's Board is composed of the following:

(a) A President, First Vice-President and Second Vice-President/Treasurer, who each serve a term of one year;

(b) The Immediate Past President who serves for a term of one year, immediately succeeding his or her term as President;

(c) Twelve Directors-at-Large,

    (i) Who serve staggered two-year terms, and

    (ii) At least one of whom is a representative of a small city with a population of 10,000 or less;

(d) One Director to be elected from each of the regional divisions and functional departments of the League, each of whom serves for a term of two years;

**League of California Cities Bylaws**
(effective December 1, 2015)

(e) Members of the National League of Cities Board of Directors who hold an office in a Member City; and

(f) Ten Directors that may be designated by the mayors of each of the ten largest cities in California to serve two-year terms.

(g) For purposes of this section, the population of each city is the most current population as determined by the California Department of Finance, Demographic Research Unit, or its successor agency or unit.  If no successor agency or unit is named, the most current population used to determine these dues shall be used to determine future dues until such time as these bylaws are amended to designate a new source for determining city population.

(h) Directors hold office until their successors are elected and qualified or, if they sit on the League Board by virtue of their membership on the National League of Cities Board of Directors, until their terms on the National League of Cities Board of Directors conclude.

**Section 3:  Staggered Terms.**

The terms of the Directors are staggered, so that the terms of approximately one-half of the members of the League Board expire each year.

(a) **Even-Numbered Year Terms.**  The following directorship terms expire in even-numbered years:

    (i) **Departments.**  Directors from the Fiscal Officers, Public Works Officers, Mayors and Council Members, Planning and Community Development, Fire Chiefs, and City Clerks departments;

    (ii) **Divisions.**  Directors from the Central Valley, Desert-Mountain, Imperial County, Monterey Bay, North Bay, Orange County, Redwood Empire, Sacramento Valley and San Diego County divisions; and

    (iii) **At Large.**  Directors from five of the ten at-large directorships.

(b) **Odd-Numbered Year Terms.**  The following directorships expire in odd-numbered years:

    (i) **Departments.**  Directors from the City Attorneys, City Managers, Police Chiefs, Recreation, Parks and Community Services, and Personnel and Employee Relations departments;

**League of California Cities Bylaws**
(effective December 1, 2015)

    **(ii) Divisions.**  Directors from the Channel Counties, Inland Empire, East Bay, Los Angeles County, Peninsula, Riverside County and South San Joaquin Valley divisions; and

    **(iii) At Large.**  Directors from five of the ten at-large directorships.

## Section 4: Election of Directors.

**(a) Functional Department Directors.**  Unless their respective functional department bylaws provide otherwise, Departmental Directors are elected by their respective departments at the Annual Conference.

**(b) Regional Division Directors.**  Unless their respective regional division bylaws provide otherwise, Regional Directors are elected at the regional division meeting immediately preceding the Annual Conference.

**(c) At-Large Directors.**  Directors-at-Large are elected by the League Board at its organization meeting.

**(d) Commencement of Terms.**  The term of office of all newly elected Directors commences immediately on the adjournment of the Annual Conference; however, the newly constituted League Board may meet prior to the adjournment of the Annual Conference for the purpose of organization.

**(e) Additional Directors.**  In the event of the creation of additional regional divisions or functional departments of the League, each regional division or functional department may elect a representative to the League Board.  When a new functional department or regional division is created at any Annual Conference, the League Board may select a Director to represent such functional department or regional division until the entity organizes and elects a Director in the regular manner.  The League Board may fix the initial term of any such Director from a new regional division or functional department at either one or two years, so as to keep the number of terms expiring on alternate years as nearly equal as possible.

## Section 5: Nomination Process.

**(a) Timing.**  The League President, with the concurrence of the League Board, shall establish a nominating committee at the first Board meeting of the calendar year in which the election is to occur.

**(b) Composition.**  The nominating committee shall be comprised of eleven Board members.  Two nominating committee members shall be At-Large Directors and one shall represent a functional department.  Regional divisions

shall be represented on the nominating committee on the following rotating basis:

    (i) **Even-Numbered Years:** In even-numbered years, the Central Valley, Imperial County, Monterey Bay, North Bay, Orange County, Redwood Empire, Sacramento Valley and San Diego County Regional Divisions shall be represented on the nominating committee.

    (ii) **Odd-Numbered Years:** In odd-numbered years, the Channel Counties, Inland Empire, Desert-Mountain, East Bay, Los Angeles County, Peninsula, Riverside County, and South San Joaquin Regional Divisions shall be represented on the nominating committee.

(c) **Nominating Committee Chair.** The League President shall appoint the chair of the nominating committee.

(d) **Candidates for Positions Ineligible.** Candidates for officer and at-large positions on the League Board are not eligible to serve on the nominating committee. In the event a regional division representative on the nominating committee wishes to be a candidate for an officer or at-large position, the League President will appoint a substitute nominating committee member from the same regional division, if available. If one is not available, the President shall appoint a substitute from a nearby regional division.

(e) **Duties.** The duties of the nominating committee are to:

    (i) **Member Outreach.** Publicize the qualifications for the offices of Second Vice President/Treasurer and the at-large members of the League Board to the League's Member Cities;

    (ii) **At-Large and Second Vice President Recommendations.** Make recommendations to the League Board on the following year's League officers and at-large board members; and

    (iii) **President and First Vice President Recommendation.** Recommend whether the previous year's First Vice President becomes President and the previous year's Second Vice President/Treasurer becomes First Vice President.

(f) **Notice to Members.** An explanation of the nomination process and relevant deadlines for submitting nominations to the nominating committee shall be publicized in League publications and communications throughout the year, along with the identity of nominating committee members once such members are appointed. In addition, nominating committee shall inform the membership of the opening of the nominations for the following year when it

makes its report to the general membership as provided in Article VI, Section 5(g) below.

**(g) Decision and Report.** The nominating committee's recommendations shall be communicated to the League Board not later than 30 days prior to the date of the League's Annual Conference and again at the Annual Conference. In addition, the nominating committee shall make its report to the membership at the opening general session of the Annual Conference.

**(h) Election.** The election of League Board officers and Directors-at-Large shall occur at a League Board meeting at the Annual Conference as provided in Article VII, Section 4(c) and Article VII, section 3.

## Section 6: Vacancies.

**(a) Functional Departmental Directorships.** In the event of a vacancy in a functional departmental directorship, the president of the department may become a member of the League Board or may appoint a member of his or her department to fill the vacancy.

**(b) Regional Division Directorships.** If a vacancy occurs in the regional division directorship, the regional division in question may elect a new Director at the next regular meeting of the regional division.

**(c) At-Large Directorships.** If a vacancy occurs in an at-large directorship, the League Board may elect a new Director to fill the vacancy at the next regular board meeting. The League president may nominate individuals for consideration by the League Board.

**(d) Large City Directorships.** In the event of a vacancy in a large-city seat, that large city may designate a new representative.

**(e) Terms.** The person elected or appointed to fill a vacancy holds office for the remainder of the term of the office in question (see Article VII, section 3).

**(f) Grounds for Vacancy.** A vacancy in a directorship shall occur due to resignation, a vacancy in elective or appointed office held by the director, or if the League Board determines the department or division that elected the director, or an appointed director, is not complying with these bylaws or the policies of the League Board.

## Section 7: Resignation.

Any Director resignation is effective upon receipt in writing by the League's President or Executive Director, unless a later date is specified in the letter.

**League of California Cities Bylaws**
(effective December 1, 2015)

**Section 8.   Meetings and Meeting Notice.**

  (a) **Regularly Scheduled Board Meetings.**  The League Board shall meet no fewer than four times a year.  Notice of regularly scheduled Board meetings shall be mailed to each Director at least 14 days before any such meeting.

  (b) **Emergency Board Meetings.**  A good faith effort shall be made to provide notice of any emergency board meetings (for example, by first-class mail, personal or telephone notification, including a voice messaging system or other system or technology designed to record and communicate messages, telegraph, facsimile, electronic mail, or other electronic means).

  (c) **Telephonic or Electronic Participation.**  Members of the League Board may participate in any meeting through the use of conference telephone or similar communications equipment, so long as all members participating in such meeting can hear one another.  Participation in a meeting by this means constitutes presence in person at such meeting.

  (d) **Notice Content.**  All meeting notices shall include the meeting date, place, time, and, as applicable, the means by which a League Board member may participate electronically.

**Section 9.  Policies.**

The League Board may adopt such policies for its government as it deems necessary and which are not inconsistent with these bylaws.  In the event of an inconsistency, these bylaws shall prevail.

**Section 10.  Committees.**

  (a) **General.**  The League Board may establish committees to study city problems, advise on League educational efforts, make recommendations with respect to League advocacy efforts, or to engage in other appropriate League service.

  (b) **Executive Committee.**

    (i) **Composition.**  The Executive Committee of the League Board consists of the following:  the League's President, First Vice-President, Second Vice-President/Treasurer, Immediate Past President and Executive Director.

    (ii) **Authority.**  The Executive Committee has authority to act for the League Board between Board meetings, provided that no action of the

Executive Committee is binding on the League Board unless authorized or approved by the Board.

**(c) Standing Policy Committees.**

   (i) **Charge.** The League shall have a series of standing policy committees, whose charge shall be to make recommendations to the League Board on matters within the committees' jurisdiction, as well as fulfill other duties specified in these bylaws (see, for example, Article VI, section 4(b)).

   (ii) **Membership.** Each League Policy Committee shall be comprised of the following:

   - Two members appointed by each regional division president;

   - One member appointed by each functional department president;

   - No more than 16 members appointed by the League president, to provide population and geographic balance, as well as expertise; and

   - Such representatives of affiliate organizations in the capacity authorized by the League Board.

   (iii) **Feedback.** Policy committees shall receive information on actions taken on committee recommendations and the reasons for those actions.

**(d) Committee Chairs and Vice Chairs.** The League President appoints the chair of all League-wide committees. The term of such appointments coincides with the League President's term. The League President may appoint vice chairs for such committees, as the League President deems necessary.

**Section 11: Compensation.**

The Directors do not receive any compensation for their services, but, with League Board approval, may be entitled to reimbursement for actual and necessary expenses incurred in the performance of their duties.

**League of California Cities Bylaws**
(effective December 1, 2015)

## Section 12:  Reports of Directors.

The League Board's duties include providing an annual report to League members at the regular Annual Conference showing the League's work, the League's financial condition, and a statement with respect to the League's plans for further work and proposed policies.

## Section 13:  Standard of Care.[4]

(a) **General.**  A Director shall perform the Director's duties, including duties on any committee on which the Director serves, in good faith, in a manner the Director believes to be in the best interests of the League and with such care, including reasonable inquiry, as an ordinarily prudent person in a like situation would use under similar circumstances.

(b) **Reliance on Information.**  In performing the Director's duties, the Director is entitled to rely on information, opinions, reports, or statements, including financial statements and other financial data, prepared or presented by:

   (i)  One or more League officers or employees whom the Director believes to be reliable and competent as to the matters presented;

   (ii)  Counsel, independent accountants, or other persons as to matters which the Director believes to be within such person's professional or expert competence; or

   (iii)  A League Board committee upon which the Director does not serve, as to matters within the committee's designated authority, provided that the Director believes the committee merits confidence.

The Director may rely on such information, opinions, reports, or statements as long as the Director acts in good faith after reasonable inquiry (when the need for such inquiry is indicated by the circumstances) and as long as the Director has no knowledge that would suggest that such reliance is unwarranted.

(c) **Non-Liability.**  An individual who performs the duties of a Director in accordance with this section will not be liable for any failure or alleged failure to discharge that person's obligations as a Director, including, without limiting the generality of the preceding, any actions or omissions which are inconsistent with the League's nonprofit purposes.

---

[4] *See* Cal. Corp. Code § 7231 (providing that a director who performs the director's duties according to these standards is not liable for any alleged failure to properly discharge the individual's obligations as a director).

**League of California Cities Bylaws**
(effective December 1, 2015)

**Section 14:  Right to Inspect Records.**

Every Director has a right at any reasonable time to inspect and copy all League books, records and documents of every kind and to inspect the League's physical property.[5]

**Section 15:  Policy Changes.**

Any policy established by the League's General Assembly may be changed by the League's Board upon ratification of such proposed change by a majority of the regional divisions representing a majority of Member Cities within the time period specified by the League Board.

**Section 16:  Positions on Statewide Ballot Measures.**

Notwithstanding any other provision of these bylaws, the League Board may take a position on a statewide ballot measure by a 2/3rd vote of those Directors present.


# Article VIII:  Officers

**Section 1:  Identity.**

The officers of the League are a President, a First Vice-President, a Second Vice-President/Treasurer, an Immediate Past President, and an Executive Director.

**Section 2:  Duties of League Officers.**

   (a) **President.**  The President presides at all League Board meetings and all General Assemblies.  The President has such other powers and duties as may be prescribed by these bylaws or the League Board.

   (b) **First Vice-President.**  The First Vice-President carries on the duties of the President in the President's temporary absence or incapacity.  The First Vice-President has such other powers and duties as may be prescribed by these bylaws or the League Board.

   (c) **Second Vice-President/Treasurer.**  The Second Vice-President/Treasurer carries on the duties of the President in the President's and First Vice-President's temporary absence or incapacity.  The Second Vice-President/Treasurer has such other powers and duties as may be prescribed by these bylaws or the League Board.

---

[5] *See* Cal. Corp. Code § 8333 (characterizing this right as absolute).

**League of California Cities Bylaws**
(effective December 1, 2015)

## Section 3:  Election.

The League Board elects the League's President, First Vice-President and Second Vice-President for terms of one year.[6]  The election occurs at the League Board's meeting at the Annual Conference.

## Section 4:  Vacancies.

A vacancy in the office of President is filled by the Immediate Past President who shall serve for the unexpired term of office and, upon election of a new President at the next Annual Conference, shall subsequently serve a full term as Immediate Past President. In the event the Immediate Past President is not available to fill the vacancy in the office of the President, or declines in writing, it shall be filled by the succession of the First Vice-President to that office.  A vacancy in the office of First Vice-President, or Second Vice-President/Treasurer, is filled for the un-expired term by appointment by the League Board of a member of the League Board.  A vacancy in the office of the Immediate Past President is filled for the un-expired term by the last Past President continuing to hold a city office.

## Section 5:  Executive Director and League Employees.

(a) **Employment.**  The League Board selects an Executive Director who employs, or causes to be employed, such other persons as may be necessary who need not be League members.  The Executive Director and employees perform such duties and receive such compensation as the League Board may from time to time prescribe.

(b) **Specific Duties.**  The Executive Director performs or causes to be performed the following functions:

(1) **Corporate Secretary.**  These duties include:

(i)  Keeping a full and complete record of the proceedings of the League Board;

(ii)  Giving such notices as may be proper and necessary;

(iii)  Keeping minute books for the League;

(iv)  Communicating the League Board's actions to Member Cities;

---

[6] *See* Cal. Corp. Code § 7151(c)(5) (suggesting bylaws address this issue).

**League of California Cities Bylaws**
(effective December 1, 2015)

      (v)  Executing such instruments necessary to carry out Board directives and policies; and

     (vi)  Complying with other record-keeping and reporting requirements of California Nonprofit Corporation Law.

  **(2) Chief Financial Officer.**  These duties include:

      (i)  Having charge of and custody of and receiving, safeguarding, disbursing and accounting for all League funds;

     (ii)  Depositing and investing such funds in such institutions and investments as approved by the League Board;

    (iii)  Maintaining the League's financial books and records; and

    (iv)  Preparing and submitting such accounting and tax forms as may be required by local, state and federal law.

**(c) Insurance.**  All employees handling the finances of the League shall be insured in such amount as the League Board deems desirable or necessary, such insurance to be approved by the League Board or a committee designated by the League Board and the premiums paid by the League.

## Article IX:  Regional Divisions

**Section 1:  Listing.**

**(a) Existing Regional Divisions.**  The League is comprised of the following regional divisions:

| | |
|---|---|
| Central Valley | North Bay |
| Channel Counties | Orange County |
| Desert-Mountain | Peninsula |
| East Bay | Redwood Empire |
| Imperial County | Riverside County |
| Inland Empire | Sacramento Valley |
| Los Angeles County | San Diego County |
| Monterey Bay | South San Joaquin Valley |

**(b) New Divisions.**  Additional divisions may be formed through an amendment to these bylaws (Article XVI).

**League of California Cities Bylaws**
(effective December 1, 2015)

## Section 2:  Purposes and Functions.

The purposes and functions of regional divisions of the League are as follows:

(a) To promote interest in the problems of city government and administration among city officials within such divisions.

(b) To assist League officials in formulating policies by expressing, through resolutions duly adopted, the recommendations of the regional divisions. Resolutions adopted by regional divisions to be considered at the Annual Conference shall be submitted in the manner provided by Article VI.

(c) To take action consistent with general League policy as duly adopted by the League's General Assembly or by the League's Board.  Regional divisions may take no action in conflict with such policies.  Nothing in the foregoing limits or restricts regional division activities in matters of purely local interest and concern.

(d) To meet not less than once every three months, provided that the League Annual Conference may be considered one such meeting of a regional division.

## Section 3:  Names of Divisions.

Each regional division will identify itself as a division of the League of California Cities.

## Section 4:  Boundaries.

The territorial boundaries of each regional division may be fixed by each division subject to the approval of the League's General Assembly.

## Section 5.  Membership.

All cities within the boundaries of a regional division may become members of and participate in the activities of that division.  A city may join a different regional division with the approval of both the existing and proposed division, and the League's Board of Directors.

## Section 6:  Voting.

Unless otherwise provided in a regional division's bylaws, the representatives of each Member City may cast collectively one vote on division matters, and a majority of the votes cast is necessary for a decision.

**League of California Cities Bylaws**
(effective December 1, 2015)

## Section 7:  Officers.

(a) **Identity.**  Each regional division elects a President, a Vice-President, and a representative on the League Board of Directors, and such other officers as any regional division bylaws may establish.

(b) **Election Timing.**  Each regional division elects its officers at the regional division meeting immediately preceding the League's Annual Conference, unless another date is provided by any regional division's bylaws.

(c) **Terms.**

   (i) **Officers' Terms and Commencement Dates.**  Except as provided below, the term of office of all newly elected officers is one year, commencing immediately upon election unless another date is provided by the regional division's bylaws.[7]  A majority of the members may amend any regional division bylaws to provide for two-year terms for regional division officers.

   (ii) **Directors' Terms and Commencement Dates.**  The term of office and commencement date for regional division representatives on the League Board are established in Article VII, section 2(d) (term length) and 4(d) (term commencement).

(d) **Vacancies.**  In the event of a vacancy in any regional division office, such vacancy is filled by election at the next regular meeting of such division for the unexpired term of that office.  The fact that such a vacancy will be so filled shall be included in the notice of such meeting.  This requirement also applies to a vacancy in the office of regional division director, as provided in Article VII, section 6(b).

(e) **Duties.**

   (i) **President.**  The President presides at all regional division meetings and has such other powers and duties as may be prescribed by any division bylaws.

   (ii) **Vice-President.**  The Vice-President carries on the duties of the President in the President's temporary absence or incapacity and has such other powers and duties as may be prescribed by any division bylaws.

---

[7] Note that this term commencement is different than that for the League board (whose terms commence upon adjournment of the Annual Conference) and than that for department officers (also upon adjournment of the Annual Conference).

21

    **(iii) Secretary.**  The Secretary a) immediately notifies the League of any change in the regional division officers, b) records the minutes of all division meetings and sends one copy to League headquarters, and c) prepares and mails all notices of the meetings of the division and sends a copy to the League headquarters.

    **(iv) Director.**  The regional division Director shall represent the regional division on the League Board and shall keep the division membership apprised of League Board activities.  The Director serves as a liaison between the regional division and the League Board.

**Section 8:  Resignation.**

Except as provided in Article VII, section 7 for members of the League Board, a regional division officer's resignation is effective upon receipt in writing by the division's President or Secretary, unless a later date is specified in the letter.

**Section 9:  Regional Division Bylaws.**

Regional divisions may adopt their own bylaws.  Division bylaws may not conflict with the League's bylaws.  In the event of a conflict between a division's bylaws and League bylaws, the League's bylaws will prevail; the League's bylaws also prevail when the division does not have bylaws or the division's bylaws are silent.

## Article X:  Functional Departments

**Section 1: Listing.**

    **(a) Existing Departments.**  The League includes the following functional departments:

| | |
|---|---|
| Mayors and Council Members | Police Chiefs |
| City Attorneys | Fire Chiefs |
| Fiscal Officers | Community Services |
| Public Works Officers | City Clerks |
| City Managers | Personnel and Employee Relations |
| Planning and Community Development | |

    **(b) New Departments.**  Additional functional departments may be formed through an amendment to these bylaws (Article XVI).

**League of California Cities Bylaws**
(effective December 1, 2015)

## Section 2: Officers.

**(a) Identity.** Each functional department elects a President, a Vice-President, a representative on the Board, and such other officers as the department's bylaws may establish.

**(b) Election Timing.** Each functional department elects its officers at the department's business session at the League's Annual Conference, unless the department's bylaws provide otherwise.

**(c) Terms.** The term of office for functional department officers is one year, commencing immediately upon the adjournment of the Annual Conference. The exception is the functional department representatives of the League Board, whose term is two years established in Article VII, section 2(d).

**(d) Vacancies.** A vacancy in the office of President is filled for the unexpired term by the succession of the Vice-President. A vacancy in the office of the Vice-President or any other office of the functional department is filled by appointment by the department President for the unexpired term. The person so appointed shall be a member of such department. A vacancy in the office of department director is filled as provided in Article VII, section 6(a) for the unexpired term.

**(e) Duties.**

    **(i) President.** The President presides at functional department meetings and has such other powers and duties as may be prescribed by any department bylaws.

    **(ii) Vice-President.** The Vice-President carries on the duties of the President in the President's temporary absence or incapacity and has such other powers and duties as may be prescribed by any department bylaws.

    **(iii) Director.** The department Director shall represent the functional department on the League Board and shall keep the department membership apprised of League Board activities. The Director serves as a liaison between the department and the League Board.

**(f) Resignation.** Except as provided in Article VII, section 7 for members of the League Board, a functional department officer's resignation is effective upon receipt in writing by the department's President or Vice-President, unless a later date is specified in the letter.

**League of California Cities Bylaws**
(effective December 1, 2015)

## Section 3: Voting.

Except as otherwise provided in a functional department's bylaws, the representatives of each Member City may cast collectively one vote on functional department matters. A majority of the votes cast is necessary for a decision.

## Section 4. Department Meetings.

Functional departments meet at the Annual Conference and at other times and places as they find necessary.

## Section 5: Department Bylaws.

Functional departments may adopt their own bylaws. Such bylaws may not conflict with the League's bylaws. In the event of a conflict between a department's bylaws and League bylaws, the League's bylaws will prevail; the League's bylaws also prevail when the department does not have bylaws or the department's bylaws are silent.

## Article XI: Voting

### Section 1: Quorum.

(a) **In General.** A majority of the members of the League's Board, functional department, regional division, committee or other kind of subsidiary body constitutes a quorum for the purpose of making decisions.[8]

(b) **General Assembly.** The presence, at the General Assembly, of credentialed voting delegates (or alternates) representing a majority of Member Cities, constitutes a quorum.[9]

(c) **Failure to Achieve Quorum.** In the event that a body other than the League Board of directors lacks a quorum, all votes taken by that body will be advisory to the League Board, which shall be advised that a quorum was not present. In the event that the League's Board is unable to achieve a quorum, the League Board will adjourn until such time as a quorum can be achieved.

---

[8] *See* Cal. Corp. Code § 7211(a)(8) (noting that a board meeting may continue to transact business after a quorum is lost as long as items approved receive a majority of the quorum, unless a higher approval threshold exists for approval of a certain type of action).

[9] *See* Cal. Corp. Code § 7512(c) (noting that a membership meeting may continue to transact business after a quorum is lost as long as items approved receive a majority of the quorum, unless a higher approval threshold exists for approval of a certain type of action—for example, bylaws approval).